# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BUCHANAN, | : | |
|     Petitioner, | : | |
| | : | No. 1:17-cv-01618 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN BALTAZAR, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, this 23rd day of October 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                       s/Sylvia H. Rambo
                                       SYLVIA H. RAMBO
                                       United States District Judge